THE PEOPLE OF THE STATE OF NEW YORK, Respondent,
v. DOMINICK PONESSA, Appellant.

*Crimes — bigamy — judgment of conviction affirmed.*

*People* v. *Ponessa*, 216 App. Div. 771, affirmed.

(Argued May 7, 1926; decided May 25, 1926.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered April 5, 1926, which affirmed a judgment of the Orange County Court rendered upon a verdict convicting the defendant of the crime of bigamy.

*Henry Hirschberg* for appellant.

*Elmer H. Lemon, District Attorney*, for respondent.

Judgment affirmed; no opinion.

Concur: HISCOCK, Ch. J. CARDOZO, POUND, MC-LAUGHLIN CRANE and LEHMAN, JJ. Absent: ANDREWS, J.

---

CARSON PETROLEUM COMPANY, Appellant, v. UNION COMMERCIALE DES PETROLES et al., Defendants, and HAROLD MOORCROFT, Respondent.

*Contract — guaranty — Statute of Frauds — action to recover upon alleged contract of guaranty — defenses of Statute of Frauds and failure of consideration.*

*Carson Petroleum Co.* v. *Union Commerciale Des Petroles*, 215 App. Div. 385, affirmed.

(Argued May 7, 1926; decided May 25, 1926.)

APPEAL from a judgment, entered February 11, 1926, upon an order of the Appellate Division of the Supreme Court in the first judicial department, which reversed an order of Special Term denying a motion by defendant-respondent for a dismissal as to him of the amended complaint and granted said motion. The complaint alleged causes of action against defendant-respondent based upon an alleged guaranty of a draft drawn by plaintiff on defendant Union Commerciale Des Petroles, and upon an alleged guaranty of the purchase price of merchandise sold and delivered by plaintiff to said defendant. The defenses were the Statute of Frauds, in that

the causes of action were upon oral special promises to answer for the debt, default or miscarriage of another, and also a failure of consideration for said promises.

*Robert S. Sloan* for appellant.

*Harold T. Edwards* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, McLAUGHLIN, CRANE and LEHMAN, JJ. Absent: ANDREWS, J.

---

GEORGE R. MARTIN, an Infant, by JAMES W. MARTIN, His Guardian ad Litem, Respondent, *v.* THE CITY OF NEW YORK, Appellant.

JAMES W. MARTIN, Respondent, *v.* THE CITY OF NEW YORK, Appellant.

*Negligence — streets — New York city — municipal corporations — action to recover for personal injuries from fall caused by catching foot in hole in sidewalk.*

*Martin v. City of New York* (2 cases), 215 App. Div. 405, affirmed. (Argued May 7, 1926; decided May 25, 1926.)

APPEAL, in each of the above-entitled actions, from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered February 17, 1926, affirming a judgment in favor of plaintiff entered upon a verdict. The first action was to recover for personal injuries alleged to have been sustained by plaintiff through the negligence of defendant. The second action, by the father of the plaintiff in the first, was to recover for expense and loss of services arising from such injuries. The infant plaintiff, about ten years eight months old, while playing tag with other boys in One Hundred and Fifty-second street, borough of The Bronx, city of New York, ran up on the sidewalk, about 115 feet west of Melrose avenue, when his left foot went into a hole, causing him to lose his balance and trip or fall over a pipe sticking up out of the sidewalk, throwing him into an excavation at the side of the walk and causing the injuries complained of.